IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBIN CLAUSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>SKY FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX, INC.,<br><br>  Defendants. | CV 20-166-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has filed a Status Report indicating that a settlement has been reached with Defendants Experian Information Solutions, Inc. and Equifax, Inc., and the parties are working to obtain approval of the settlement through the Bankruptcy Court.[1]  (Doc. 20.)

As it appears that no issue remains for the Court's determination, IT IS HEREBY ORDERED that within 45 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

---

[1] A Stipulation for Dismissal has been filed with regard to the claims against Defendant Sky Federal Credit Union.  (Doc. 19.)

If a stipulation for dismissal cannot be filed by that deadline, the parties shall file a further Status Report.

DATED this 20th day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge