## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ROBIN CLAUSEN, | Cause No. 1:20-cv-00166-SPW-TJC |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX, INC. | **ORDER DISMISSING EQUIFAX, INC.** |
| Defendants. | |

Upon the Plaintiff Robin Clausen's Notice of Dismissal (Doc. 25) of

Equifax, Inc., only, and for good cause,

IT IS HEREBY ORDERED that Equifax, Inc. is **DISMISSED with**

**prejudice.**

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this ___23rd___ day of July, 2021.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE