IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBIN CLAUSEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　　Defendant. | CV 20-166-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 29) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. is **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.

DATED this 1st day of September, 2021.

　　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　　U. S. DISTRICT JUDGE

1